UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. CIV-25-1186-J |
| ) | |
| DEPARTMENT OF REHABILITATION ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Plaintiff's Motion to Proceed Under Pseudonym [Doc. No. 4]. On October 10, 2025, Plaintiff filed this case alleging that Defendants Department of Rehabilitation Services and certain named employees of the department falsely labeled him as a sex offender. Plaintiff moves this Court to permit him to proceed in this action under a pseudonym and for a protective order barring the dissemination of his true name and requiring that any documents containing his true name be filed under seal. Plaintiff asserts that public disclosure of his identity would expose him and his family to a significant risk of harassment, public scorn, and retaliatory harm, thereby compounding the very harm he seeks to remedy through this litigation.

The Tenth Circuit has held that "[w]hile the issue [of the use of pseudonyms concealing a plaintiff's real name] is not free from doubt we think all cases we reviewed implicitly, at least, recognize that identifying a plaintiff only by a pseudonym is an unusual procedure, to be allowed only where there is an important privacy interest to be recognized. It is subject to a decision by the judge as to the need for the cloak of anonymity." *Lindsey v. Dayton-Hudson Corp.*, 592 F.2d 1118, 1125 (10th Cir. 1979). Having reviewed Plaintiff's motion, the Court concludes that Plaintiff's motion should be granted. The basis of this lawsuit is Defendants' alleged false

accusation that Plaintiff is a sex offender, and the Court finds that public disclosure of Plaintiff's name in connection with this case likely could cause Plaintiff similar damages to those for which he is seeking redress in this case. The Court further finds that allowing Plaintiff to proceed anonymously will not prejudice Defendants.

Accordingly, the Court GRANTS Plaintiff's Motion to Proceed under Pseudonym [Doc. No. 4]. Plaintiff is allowed to proceed in this case under the pseudonym "John Doe." Any documents containing Plaintiff's actual name shall be filed under seal.

IT IS SO ORDERED this 15th day of October, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE