UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF REHABILITATION )<br>SERVICES, et al., )<br>)<br>Defendants. ) | Case No. CIV-25-1186-J |

## ORDER

Before the Court is Plaintiff's motion requesting the United States Marshal to serve the defendants [Doc. No. 5]. Because this Court previously granted Plaintiff leave to proceed in forma pauperis, *see* [Doc. No. 6], the Court is required to serve process for Plaintiff. *See* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in [in forma pauperis] cases"); Fed.R.Civ.P. 4(c)(2) (appointment of United States Marshal, Deputy Marshal, or other person specially appointed by the Court to effect service must be made when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915); *Olsen v. Mapes,* 333 F.3d 1199, 1204 (10th Cir. 2003).

Accordingly, the Court GRANTS Plaintiff's motion [Doc. No. 5] and hereby DIRECTS the United States Marshal or Deputy Marshal to perfect service on Plaintiff's behalf. Additionally, the Court DIRECTS Plaintiff to provide to the Clerk of Court the following documents for each Defendant[1] to be served: (1) one USM-285 form; (2) one copy of the Complaint; and (3) two copies of the Summons. Said documents shall be provided to the Clerk of Court, and upon receipt

---

[1] Only Defendants are subject to service. Accordingly, Plaintiff should ensure that those persons or entities identified in the summonses provided to the Clerk of Court are the same as those identified in the Complaint.

by the Clerk of Court, the materials shall be submitted to the United States Marshals Service for service.

    IT IS SO ORDERED this 15th day of October, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE