UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN DOE, | ) |
|     Plaintiff, | )<br>)<br>) |
| v. | )<br>) Case No. CIV-25-1186-J |
| DEPARTMENT OF REHABILITATION SERVICES, et al., | )<br>)<br>) |
|     Defendants. | )<br>) |

## ORDER

Before the Court is Plaintiff's Motion to Place Documents DKT 11, DKT 12, and Attachments under Seal [Doc. No. 15]. Upon review of Plaintiff's motion and docket nos. 11 and 12, and in light of the Court's Order granting Plaintiff's motion to proceed under a pseudonym [Doc. No. 7], the Court finds that these filings should be filed under seal. Accordingly, the Court GRANTS Plaintiff's Motion to Place Documents DKT 11, DKT 12, and Attachments under Seal [Doc. No. 15]. The Court DIRECTS the Court Clerk to place Docket Nos. 11 and 12 under seal.

IT IS SO ORDERED this 2nd day of December, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE