**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JOHN DOE,                                )
                                         )
          Plaintiff,                     )
                                         )
v.                                       )          Case No. CIV-25-1186-J
                                         )
DEPARTMENT OF REHABILITATION             )
SERVICES, et al.,                        )
                                         )
          Defendants.                    )

## ORDER

Before the Court is Plaintiff's Motion for Preliminary Injunction [Doc. No. 16]. Defendants have filed a response, and Plaintiff has filed a reply.  Plaintiff moves for a preliminary injunction against Defendants Department of Rehabilitation Services (DRS), Melissa Kaiser (Kaiser), in her official capacity, and Teresa von Schultes (von Schultes), in her official capacity. In a separate order entered this same date, the Court granted in part and denied in part Defendants' motions to dismiss and dismissed all claims except for Plaintiff's First Amendment retaliation claim, defamation claim, and intentional infliction of emotional distress claim.  The three remaining claims are brought against Defendants Kaiser and von Schultes, in their individual capacity.  As there are no remaining claims against Defendants DRS or Kaiser and von Schultes in their official capacity, the parties against whom Plaintiff is seeking the preliminary injunction, the Court DENIES the Motion for Preliminary Injunction [Doc. No. 16].

IT IS SO ORDERED this 26th day of May, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE