**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1186-J |
| | ) | |
| DEPARTMENT OF REHABILITATION | ) | |
| SERVICES, et al., | ) | |
| | ) | |
|       Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff's Motion for Virtual Appearance at Status/Scheduling Conference [Doc. No. 38]. On July 28, 2026, the Court entered a Scheduling Order in this case. *See* [Doc. No. 36]. As part of the Scheduling Order, the Court struck the status conference scheduled for August 6, 2026. Accordingly, the Court DENIES Plaintiff's Motion for Virtual Appearance at Status/Scheduling Conference [Doc. No. 38] as MOOT.

IT IS SO ORDERED this 31st day of July, 2026.

                                            _____

                                            BERNARD M. JONES, II
                                            UNITED STATES DISTRICT JUDGE