**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF REHABILITATION SERVICES, et al.,<br><br>Defendants. | ) | Case No. CIV-25-1186-J |

**ORDER**

On October 19, 2026, Plaintiff filed a "Notice of No Expert Witnesses and Motion for Court Determination to Proceed Emotional Distress under Garden Variety" [Doc. No. 42]. Plaintiff is not required to obtain the Court's pre-approval regarding the type of emotional distress damages he will be seeking. Accordingly, the Court STRIKES Plaintiff's "Motion for Court Determination to Proceed Emotional Distress under Garden Variety" [Doc. No. 42].

IT IS SO ORDERED this 16th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE